## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC GREENBERG, M.D.** | * | **CIVIL NO. 19-137** |
| | * | |
| | * | |
| | * | **JUDGE: LMA** |
| **VERSUS** | * | |
| | * | **MAGISTRATE: JCW, JR** |
| **BOARD OF SUPERVISORS** | * | |
| **OF LOUISIANA STATE UNIVERSITY** | * | **SECTION "I" (2)** |
| **AND AGRICULTURAL AND** | * | |
| **MECHANICAL COLLEGE,** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STATEMENT OF UNCONTESTED FACTS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE ("LSU Board"), who respectfully submit the following Statement of Uncontested Facts[30] in support of the LSU Board's Motion for Partial Summary Judgment:

1. Dr. Eric Greenberg was a resident in the LSU Spirit of Charity Emergency Medicine Residency Program by the LSU School of Medicine in July 2013.[31]

2. Dr. Eric Greenberg was a salaried employee identified as Resident Physician and House Officer of LSUHSC in New Orleans.[32]

3. Dr. Salvador Suau was the Emergency Medicine Residency Program Director for a period of time while Eric Greenberg was at LSUHSC-NO.[33]

---

[30] The facts listed here are uncontested for purposes of the LSU Board's Motion for Partial Summary Judgment only. The LSU Board does not necessarily agree with the facts stated and reserves the right to dispute these facts at trial.

[31] Responses to Plaintiff's first admissions to defendant the Board of Supervisors of Louisiana State University and Mechanical and Agricultural College Exhibit I, p3.

[32] *Id.*

[33] *Id.* at 4.

4. Dr. Salvador Suau issued a Request for Adverse Action – Termination to Dr. Eric Greenberg on March 14, 2017.[34]

5. Dr. Charles Sanders, Chairman of Internal Medicine for LSUHSC-NO, issued a Decision to Support Termination on or about March 29, 2019.[35]

Respectfully submitted,

**JEFF LANDRY**
ATTORNEY GENERAL

*/s/ Julianne T. Echols*
**KEITH W. MCDANIEL, T.A.** (Bar No. 17992)
**JULIANNE T. ECHOLS** ( Bar No. 22044)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL, & WELCH, LLC
195 Greenbriar Boulevard, Suite 200
Covington, LA   70433
Telephone:     (504) 831-0946
Facsimile:      (800) 977-8810
kwm@mcsalaw.com
jte@mcsalaw.com
*Attorneys for The Board of Supervisors of Louisiana State University Agricultural and Mechanical College*

### CERTIFICATE OF SERVICE

I, hereby certify that on this 8th day of October, 2019 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice if this file will be sent to all counsel by operation of the court's electronic filing system.

*/s/ Julianne T. Echols*
**JULIANNE T. ECHOLS**

---

[34] *Id*. at 11.
[35] *Id*. at 12.