## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC GREENBERG, M.D.** | * | **CIVIL NO. 19-137** |
| | * | |
| | * | |
| | * | **JUDGE: LMA** |
| **VERSUS** | * | |
| | * | **MAGISTRATE: JCW, JR** |
| **BOARD OF SUPERVISORS** | * | |
| **OF LOUISIANA STATE UNIVERSITY** | * | **SECTION "I"(2)** |
| **AND AGRICULTURAL AND** | * | |
| **MECHANICAL COLLEGE,** | * | |
| | * | |
| | * | |

## MOTION TO EXCLUDE OR IN THE ALTERNATIVE LIMIT THE TESTIMONY OF PLAINTIFF'S EXPERT WITNESS JULIE SHERRIFF

**NOW INTO COURT**, through undersigned counsel, comes defendant, THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MEDICAL COLLEGE ("LSU Board"), who respectfully moves this Court for an order excluding the testimony of Plaintiff's proposed expert, Ms. Julie Sherriff, from this matter as the proposed expert's opinions are unreliable under *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and Federal Rules of Evidence 702 and 703.

**WHEREFORE**, Defendant, the LSU Board, prays that this Honorable Court grant this Motion and exclude the testimony of Ms. Julie Sherriff.

  Respectfully submitted,
**JEFF LANDRY**

ATTORNEY GENERAL

*/s/ Julianne T. Echols*
**KEITH W. MCDANIEL, T.A.** (Bar No. 17992)
**JULIANNE T. ECHOLS (** Bar No. 22044)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL, & WELCH, LLC
195 Greenbriar Boulevard, Suite 200
Covington, LA   70433
Telephone:     (504) 831-0946
Facsimile:      (800) 977-8810
kwm@mcsalaw.com
jte@mcsalaw.com
***Attorneys for The Board of Supervisors of Louisiana State University Agricultural and Mechanical College***

## **CERTIFICATE OF SERVICE**

    I, hereby certify that on this 8th day of October, 2019 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice if this file will be sent to all counsel by operation of the court's electronic filing system.

                                     */s/ Julianne T. Echols*
                                       **JULIANNE T. ECHOLS**