licine   ×    North Dakota   ×   Search Jobs

**8 Results**   ○ All   Full Tir

---

**Locum Tenens Emergency Medicine**
CompHealth
yesterday   Locum Tenens   Watford City, ND

**Full Time Emergency Medicine**
Weatherby Healthcare
yesterday   Full Time   Unknown, ND

**Full Time Emergency Medicine**
The Medicus Firm
18 hours ago   Full Time   North Dakota, ND

**Locum Tenens Emergency Medicine**
Global Medical Staffing
18 hours ago   Locum Tenens   Watford City, ND

**Locum Tenens Emergency Medicine**
Global Medical Staffing
18 hours ago   Locum Tenens   Watford City, ND

**Full Time Emergency Medicine**
CompHealth
yesterday   Full Time   Northern, ND

---

# Full Time Emergency Medicine

Apply    Save Job

Full Time
North Dakota, ND
EM 8197

18 hours ago

 Share Via Email

Posted by Medicus Firm
Employer The Medicus Firm

## Job Description

Physicians Earning $600,000+
See 2.5 Patients Per Hour
- Level II Trauma; 33k visits per year
- 9, 10 and 12 hour shifts
- Dedicated nocturnists
- 1,500 hours per year
- Triple coverage – 10 hours
- Double coverage – 6 hours
- Dedicated scribes

**Top 5 Most Tax-Friendly State**
Ideal Sized Midwest College Town

- 2.8% State income tax; 1% Property tax
- Local medical school and law school
- International airport
- Division I Sports

Reference: EM 8197



EXHIBIT 4