

March 14, 2017

**Request for Adverse Action – Termination**
**Effective date: March 14, 2017**

Eric Greenberg, MD
egreenberg87@gmail.com

Dear Dr. Greenberg:

The LSU's Spirit of Charity Emergency Medicine (EM) Residency's goal is to graduate physicians who are both competent in all ACGME Clinical Competencies and confident in appropriately treating the entire spectrum of emergency medical conditions in all practice settings.

Our EM Residency's Clinical Competency Committee's (CCC) primary role is to fulfill public accountability by ensuring that all EM graduates are able to provide high quality, specialty-specific core activities safely to all their patients without supervision, and maintain the standards of the health care system.

This letter is to inform you that the CCC met yesterday, March 13, 2017 at 10AM, and have recommended your termination and dismissal from the position of Resident Physician and House Officer (HO) in LSUHSC in New Orleans effective March 14, 2017. This decision comes following innumerable attempts at remediation and conversations with residency leadership since 2013, a 20-week leave of absence targeted to improving non-cognitive deficiencies, and culminating last Friday, March 10, 2017 regarding your performance as an EM resident and LSUHSC HO.

Based on evaluations and feedback from your clinical supervisors and peers, including medical students, residents, faculty, and the CCC, it has been determined that your ***Patient Care, Professionalism, System-Based Practice and Interpersonal & Communication Skills*** competencies are not at a level acceptable to any health care provider to safely care for patients or practice emergency medicine.

Specifically, this request for adverse action and termination/dismissal is due to concerns with your performance as detailed below.

**Deficiencies in Patient Care:**
1. 3/10/2017 – Complaint by Suau, MD: "advised resident to request UPT before ordering teratogenic medication". EPIC lab order placed after medication had ordered & administered. (Page 1)
   - Diagnostic Studies (PC3) Applies the results of diagnostic testing based on the probability of disease and the likelihood of test results altering management.
2. 3/5/2017 – Complaint by Elder, MD: "performs extremely limited physical exams and I have had multiple discussions with him about this" (Page 2)
   - Performance of Focused History and Physical Exam (PC2) Abstracts current findings in a patient with multiple chronic medical problems and, when appropriate, compares with a prior medical record and identifies significant differences between the current presentation and past presentations.

University Medical Center New Orleans
Department of Emergency Medicine
LSU's Spirit of Emergency Medicine Residency
2000 Canal Street
D&T 2nd FLR – Suite 2720
New Orleans, LA 70112
www.UMCNO.org



  

3. 1/24/2017 – Complaint by Freitag, RN: "resident left room to see if other trauma needed help, full head to toe assessment for trauma not performed; several RNs made concerns about change in patient's mental status, complaints not evaluated by resident". Repeat Head CT not ordered by resident showed new intracranial hemorrhage. (Page 3)
   - Emergency Stabilization (PC1) Prioritizes critical initial stabilization action and mobilizes hospital support services in the resuscitation of a critically ill or injured patient and reassesses after stabilizing intervention.
   - Observation and Reassessment (PC6) Re-evaluates patients undergoing ED observation (and monitoring) and using appropriate data and resources, determines the differential diagnosis and treatment plan, and disposition.

4. 9/7/2016 – Complaint by PGY-1 Resident, 4th Year Medical Student, and Lohr, RN: Triple lumen placement was started without any form of analgesia on mentally challenged patient. "Medical student felt it was inappropriate and a patient safety issue". PGY-1 reports "anesthetizing the patient for the pain we were to bring about with the placement of a central line prior to initializing with needle puncture would have been the clinically just decision instead of consciously ignoring it". (Pages 4-6)
   - General Approach to Procedures (PC9) Performs the indicated procedure on all appropriate patients (including those who are uncooperative, at the extremes of age, hemodynamically unstable and those who have multiple co-morbidities, poorly defined anatomy, high risk for pain or procedural complications, sedation requirement), takes steps to avoid potential complications, and recognizes the outcome and/or complications resulting from the procedure.
   - Anesthesia and Acute Pain Management (PC11) Provides safe acute pain management, anesthesia, and procedural sedation to patients of all ages regardless of the clinical situation.
   - Other Diagnostic and Therapeutic Procedures: Vascular Access (PC14) Successfully obtains vascular access in patients of all ages regardless of the clinical situation.
   - Professional values (PROF1) Demonstrates compassion, integrity, and respect for others as well as adherence to the ethical principles relevant to the practice of medicine.

5. 4/28/2016 – Complaint by Hurley, MD: "Patient said she felt as though she was treated as though she was drug seeking...delays in IV access, which led to a delay in pain medication". (Page 7)
   - Anesthesia and Acute Pain Management (PC11) Provides safe acute pain management, anesthesia, and procedural sedation to patients of all ages regardless of the clinical situation.
   - Other Diagnostic and Therapeutic Procedures: Vascular Access (PC14) Successfully obtains vascular access in patients of all ages regardless of the clinical situation.

6. 4/21/2016 – Complaint by Mackey, DO: gave "ketamine for pain control where he gave a different dose than I specifically discussed with him". (Page 8)
   - Pharmacotherapy (PC5) Selects and prescribes appropriate pharmaceutical agents based upon relevant considerations such as mechanism of action, intended effect, financial considerations, possible adverse effects, patient preferences, allergies, potential drug-food and drug-drug interactions, institutional policies, and clinical guidelines; and effectively combines agents and monitors and intervenes in the advent of adverse effects in the ED.

University Medical Center New Orleans
Department of Emergency Medicine
LSU School of Medicine Emergency Medicine Residency
2000 Canal Street
D&T 2nd FLR – Suite 2720
New Orleans, LA 70112
www.UMCNO.org



2 of 5

  

7. 4/5/2016 – Complaint by Kanter, MD: "tendency to opt for shortcuts...using automated physical exam filler without proofing for mistakes or omissions...writing one line HPI's for patients with high complexity". (Page 9)
   - Performance of Focused History and Physical Exam (PC2) Abstracts current findings in a patient with multiple chronic medical problems and, when appropriate, compares with a prior medical record and identifies significant differences between the current presentation and past presentations.
8. 9/1/2015 – Complaint by LeGros, MD: "wanted to give the wrong antibiotic to an infected febrile ortho patient". (Pages 10, 11)
   - Pharmacotherapy (PC5) Selects and prescribes, appropriate pharmaceutical agents based upon relevant considerations such as mechanism of action, intended effect, financial considerations, possible adverse effects, patient preferences, allergies, potential drug-food and drug-drug interactions, institutional policies, and clinical guidelines; and effectively combines agents and monitors and intervenes in the advent of adverse effects in the ED.

**Deficiencies in Professionalism & System-Based Practice:**

9. 3/10/2017 – Complaint by Irons, RN: "asked if resident advised me to get a UPT on patient before administering Naproxen. No such ordered was administered to me and he lied to me". (Page 1)
10. 3/6/2017 – Complaint by Whittington: "on March 6, 2017 I was in the ED and asked Eric Greenberg for is VA online training certificates. Greenberg stated that he would get them to me eventually but he was not going to the VA; I stated that everyone was going to the VA and again he said he wasn't. Dr. Suau started explaining to him why everyone was going but again Greenberg stated that he was not going; Dr. Suau then stated that this was not the time to get into the discussion, so I walked away". (Page 12)
11. 3/5/2017 – Complaint by Elder, MD: "does not appear to take full accountability of his patients". (Page 2)
12. 9/7/2016 – Complaint by Mackey, DO on behalf of Residency Leadership investigating the disparity in testimony between Dr. Greenberg's rendition of events, the rendition of the PGY-1 Resident, the 4th Year Medical Student, Lohr, RN, and the official UMCNO EPIC Medial Record: "it is apparent that this medical record is falsified and not consistent with the actual events according to multiple witnesses. This is clearly an ethical violation and grave concern to us for patient safety while under his care". (Page 13)
13. 8/22/2016 – Complaint by Suau, MD: Expressed his "dissatisfaction of you undergoing an elective after I had expressly not approved". (Page 14)
14. 8/19/2016 – Complaint by LeGros, MD: "gross deception and sabotage committed by Eric". (Pages 15,16)
15. 8/2/2016 – Complaint by Murphy, MD on behalf of the CCC: "Resident has lied about physical exam findings, needs to spend more time being thorough and accurate, and develop compassion for patients. These represent continued severe professionalism lapses. As the resident has already been cited many times and has been on probation, suspension may be indicated." (Pages 17-19)

University Medical Center New Orleans
Department of Emergency Medicine
LSU's Spirit of Emergency Medicine Residency
2000 Canal Street
D&T 2nd FLR – Suite 2720
New Orleans, LA 70112
www.UMCNO.org



  

16. 5/3/2016 – Complaint by Murphy MD on behalf of the CCC: "Patient care skills need to be improved, thorough physical exam is of paramount importance. Needs to work on compassionate care of patients regardless of circumstance, speak softly in doctor station to maintain confidentiality, continues to need remediation in interpersonal skills. Any further issues in this area may result in termination." (Pages 20-22)
17. 4/28/2016 – Complaint by Hurley, MD: Patient "expressed frustration to me over the care she received and described it as the worst encounter she has had in our system". (Page 7)
18. 4/21/2016 – Complaint by Mackey, DO: "disobeyed a direct order" regarding conscious sedation. (Page 8)
19. 1/20/2016 – Complaint by Tuckler, MD: He reports Eric did not show up to scheduled toxicology lecture he was presenting at core resident conference. (Reported verbally from Dr Tuckler)
20. 1/21/2016 – Complaint by Avegno, MD: She reports resident did not show up to his scheduled lecture for the medical students. (Pages 23,24)
21. 11/3/2015 – Complaint by Murphy, MD on behalf of the CCC: "Professionalism and interpersonal communication skills need significant attention, recommend sensitivity training. Patient care suffers from lack of empathy and sensitivity." (Pages 25,26)
22. 9/2015 – Complaint by LeGros, MD: "he can not simply decide not to follow an attendings directions when it comes to his safety and the safety of his team and the care of the patient". (Page 10,11)
23. 4/2014 – Complaint by LeGros, MD: "he says authoritative statements that are patently false just to be heard...untrustworthy". (Pages 27,28)
24. 10/2013 – Complaint by DeBlieux, MD: he was "given specific instructions to complete prior to dc...it was not done". (Pages 29-32)
25. 10/2013 – Complaint by LeGros, MD: "makes many comments and seems glib". (Pages 29-32)

- Professional values (PROF1) Demonstrates compassion, integrity, and respect for others as well as adherence to the ethical principles relevant to the practice of medicine.
- Accountability (PROF2) Demonstrates accountability to patients, society, profession and self.
- Patient Safety (SBP1) Participates in performance improvement to optimize patient safety.

**Deficiencies in Interpersonal & Communication Skills:**

26. 3/10/2017 – abovementioned complaint by Irons RN: "no order was administered to me...he lied on me". (Page 1)
27. 4/5/2016 – Complaint by Kanter, MD: "not providing face to face discharge counseling at all". (Page 9)
28. 11/1/2015 – Complaint by Avegno, MD: "Needs to improve bedside manner and patient interactions". (Reported verbally by Dr Avegno)
29. 9/1/2015 – Complaint by LeGros, MD: "unable to relay the story of a patient with ST Elevation and Aflutter to the Cardiology Fellow". (Pages 10,11)
30. 1/6/2015 – Complaint by Detiege, MD: "Effective communication with patients especially challenging". (Reported verbally by Dr Detiege)
31. 10/2013 – Complaint by Avegno, MD: "needs help with interpersonal dynamic". (Pages 29-32)

University Medical Center New Orleans
Department of Emergency Medicine
LSU Saint of Emergency Medicine Residency
2000 Canal Street
DAT 2nd FLR – Suite 2720
New Orleans, LA 70112



LSU_HR-DEPT_EEOC E. GREENBERG POSITION PAPER 001268

  

- Patient Centered Communication (ICS1) Demonstrates interpersonal and communication skills that result in the effective exchange of information and collaboration with patients and their families.
- Team Management (ICS2) Leads patient-centered care teams, ensuring effective communication and mutual respect among members of the team.

The CCC, residency directors, and LSU's Spirit of Charity EM Residency have deep concerns that despite multiple verbal and written acknowledgments, being on academic probation (3/2016), and after a Campus Assistance Program referral (9/2016) with a 20-week leave of absence during which time you presumptively underwent intense remediation in patient care, professionalism, and interpersonal & communication deficiencies, you have not demonstrated the insight or behaviors necessary to safely care for patients.

We have significant concerns for any future patient you may care for, and feel that you lack the professional values, accountability, and patient-centered communication skills necessary to be a compassionate, trust-worthy, respectful, accountable, and responsive clinician representative of our residency.

We have provided you with multiple ways in which to correct your inappropriate behavior over the last 3-4 years, but you have not done so. The LSU's Spirit of Charity Emergency Medicine Residency are requesting from the Department Heads, Designated Institutional Officers, and Academic Deans your termination from our Emergency Medicine residency for insubordinate misconduct, unprofessional misconduct, and most importantly, for conduct detrimental to patient care **effective March 14, 2017.**

If you wish to appeal this decision, please refer to the LSU's School of Medicine House Officer Manual for the process.

Sincerely,

Sal J. Suau, MD
Residency Program Director

University Medical Center New Orleans
Department of Emergency Medicine
LSU's Spirit of Emergency Medicine Residency
2000 Canal Street
D&T 2nd FLR – Suite 2720
New Orleans, LA 70112
www.UMCNO.org

LCMC HEALTH

5 of 5

LSU_HR-DEPT_EEOC E. GREENBERG POSITION PAPER 001269