# Smith Economics Group, Ltd.
A Division of Corporate Financial Group

*Economics / Finance / Litigation Support*

Stan V. Smith, Ph.D.
President

August 15, 2019

Mr. Todd Flood
Flood Law
401 N. Main Street
Royal Oak, MI

  Re: Greenberg

Dear Mr. Flood:

You have asked me to calculate the value of the loss of wages subsequent to the alleged wrongful termination of Eric Greenberg.

## QUALIFICATIONS AND EXPERIENCE

I am President of Smith Economics Group, Ltd., headquartered in Chicago, IL, which provides economic and financial consulting nationwide. I have worked as an economic and financial consultant since 1974, after completing a Research Internship at the Federal Reserve, Board of Governors, in Washington, D.C. My curriculum vitae lists all my publications in the last 10 years and beyond.

I received my Bachelor's Degree from Cornell University. I received a Master's Degree and my Ph.D. in Economics from the University of Chicago; Gary S. Becker, Nobel Laureate 1992, was my Ph.D. thesis advisor. The University of Chicago is one of the world's preeminent institutions for the study of economics, and the home of renowned research in the law and economics movement.

As President of Smith Economics, I have performed economic analyses in a great variety of engagements, including damages analysis in personal injury and wrongful death cases, business valuation, financial analysis, antitrust, contract losses, a wide range of class action matters, employment discrimination, defamation, and intellectual property valuations including evaluations of reasonable royalty.

I have more than 40 years of experience in the field of economics. I am a member of various economic associations and served for three years as Vice President of the National Association of Forensic Economics (NAFE) which is the principal association in the field. I was also on the Board of Editors of the peer-reviewed journal, the Journal of Forensic Economics, for over a decade; I have also published scholarly articles in this journal. The JFE is the leading academic journal in the field of Forensic Economics.

EXHIBIT 3

SEG

I am the creator and founder of Ibbotson Associates' <u>Stock, Bonds, Bills, and Inflation</u> (SBBI) Yearbook, Quarterly, Monthly, and SBBI/PC Services. SBBI is currently published by Duff & Phelps and is also available on various Morningstar, Inc. software platforms. SBBI is widely relied upon and regarded as the most accepted and scholarly reference by the academic, actuarial and investment community, and in courts of law. The SBBI series, which acknowledges my "invaluable role" as having "originated the idea" while Managing Director at Ibbotson Associates, is generally regarded by academics in the field of finance as the most widely accepted source of statistics on the rates of return on investment securities.

I wrote the first textbook on Forensic Economic Damages that has been used in university courses in various states; as an adjunct professor, I created and taught the first course in Forensic Economics nationwide, at DePaul University in Chicago. I have performed economic analysis in many thousands of cases in almost every state since the early 1980s.

<u>BACKGROUND</u>

Eric Greenberg is a Caucasian, single male, who was born on August 15, 1987, and injured on March 13, 2017 at the age of 29.6 years. Mr. Greenberg will be 32.3 years old at the estimated trial or resolution date of December 15, 2019, with a remaining life expectancy estimated at 45.9 years. This data is from the National Center for Health Statistics, <u>United States Life Tables, 2015</u>, Vol. 67, No. 7, National Vital Statistics Reports, 2018.

In order to perform this evaluation, I have reviewed the following materials: (1) The First Amended Complaint; (2) the Expert Witness Agreement and Report by Julie Sherriff; (3) 2016 through 2018 Tax Returns for Eric J. Greenberg; (4) The Medical Professional Employment Agreement for Eric Greenberg, MD, at the St. David's South Austin Medical Center Facility, effective August 1, 2017; (5) The Medical Professional Employment Agreement for Eric Greenberg, MD, at the Metroplex Adventist Hospital facility, effective August 1, 2017; (6) C.V. of Eric J. Greenberg, M.D.; (7) informational interview with Eric Greenberg on August 5, 2019; and (8) the case information form.

My methodology for estimating the losses, which is explained below, is generally based on past wage growth, interest rates, and consumer prices. The effective net discount rate using statistically average wage growth rates and statistically average discount rates is 0.25 percent.

My estimate of the real wage growth rate is 1.00 percent per year. This growth rate is based on Business Sector, Hourly Compensation growth data from the Major Sector Productivity and

2

SEG

Costs Index found at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: PRS84006103, for the real increase in wages primarily for the last 20 years.

My estimate of the real discount rate is 1.25 percent per year. This discount rate is based on primarily the rate of return on short-term U.S. Treasury investment for the last 20 years. The data is from the statistical series H.15 Selected Interest Rates, published by the Board of Governors of the Federal Reserve System found at www.federalreserve.gov. This data is also published in the Economic Report of the President Table for "Bond yields and interest rates" for the real return on U.S. Treasury investments.

Estimates of real growth and discount rates are net of inflation based on the Consumer Price Index (CPI-U), published in monthly issues of the U.S. Bureau of Labor Statistics, CPI Detailed Report (Washington, D.C.: U.S. Government Printing Office) and available at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: CUUR0000SA0. The rate of inflation for the past 20 years has been 2.16 percent.

I. LOSS OF WAGES - Annual Employment

Tables 1 through 14 show the loss of wages in two scenarios. Eric Greenberg, M.D., states that he completed his undergraduate education at Michigan State University (2008) and medical school at the Mount Sinai School of Medicine, New York, (2013). He reports that he began his residency in emergency medicine at the Louisiana State University (LSU) Health Science Center in 2013 and expected to finish in 2017 but for the incident. Dr. Greenberg recalls that he had signed a contract to work as an emergency room doctor at St. David's hospital in Austin, TX, which would have begun in the fall of 2017. Dr. Greenberg states that he expected his salary was to be approximately $430,000 plus bonuses. He reports that he intended to work indefinitely as an emergency room doctor and had never thought about retirement because he was still so early in his career. Dr. Greenberg recalls that he had also hoped to one day obtain a medical directorship position.

The Sheriff Healthcare Expert Witness Report prepared by Julie Sherriff, indicates that based on the 2018-2019 Compensation Report for Emergency Physicians (an article published on www.acepnow.com) the average annual compensation for Emergency Physicians ranges, depending on the geographic region, from $333,000 to $416,000, in 2017 dollars. In the Southeast region (MS, SC, GA, TN, AL, NC, AR, LA, & FL), where Dr. Greenberg was completing his Residency, the average annual compensation was the highest at $416,000. In the Southwest/West region (NM, NV, TX, CA, AZ, OK, HI, CO, & UT), which is where Dr. Greenberg intended to work post-Residency, the average annual compensation was the

SEG

second highest at $389,000. The report states that these annual compensation averages are based on 1,632 clinical hours per year plus incentive bonuses and RVU incentive compensation. Based on 1,632 hours per year, the average hourly compensation in the Southeast region is $254.90 and in the Southwest/west is $238.36.

According to the Medical Professional Employment Agreement for Eric Greenberg, MD, at the St. David's South Austin Medical Center Facility, Dr. Greenberg would have been paid a base hourly day rate of $134 and a base hourly night rate of $174. This Agreement also indicates that he would earn an RVU of $68.42 per hour, was eligible for a practice stipend of up to $52,000 per year, and a year-end incentive bonus of $4.50 per hour worked. Based on this information and assuming a benchmark 1,632 hours worked per year, Dr. Greenberg's hourly salary would range from $238.78 for daytime shifts to $278.78 for night shifts, which is an average of $258.78 per hour. In addition, according to the letters dated September 29, 2016, Dr. Greenberg was eligible for a forgivable relocation loan of $7,000 and a forgivable sign-on bonus loan of $15,000. These agreements indicate that after Dr. Greenberg had worked for two years, these loans would be forgiven.

According to the Medical Professional Employment Agreement for Eric Greenberg, MD, at the Metroplex Adventist Hospital facility, Dr. Greenberg would be paid a base hourly rate of $204 plus a Relative Value Unit (RVU) of $28 per hour, for total hourly compensation of $232 per hour. In addition, according to the letters dated September 29, 2016, Dr. Greenberg was eligible for a forgivable relocation loan of $7,000 and a forgivable sign-on bonus loan of $30,000. These agreements indicate that after Dr. Greenberg had worked for two years, these loans would be forgiven.

I illustrate the wage loss for Eric Greenberg in Scenario 1 at $422,329 in 2017 dollars. This wage loss is based on the average hourly rate of $258.78 as discussed above regarding the Agreement for Dr. Greenberg at the St. David's South Austin Medical Center Facility, at a benchmark 1,632 hours. Wages are conservatively grown at the national average wage growth rate of 2.92 percent in 2018, an estimated national average wage growth rate of 3.00 percent in 2019, and a 1.00 percent real rate thereafter. In addition, the loss in 2017 is increased by $22,000 based on the $7,000 refundable relocation loan and the $15,000 refundable sign-on bonus loan.

I illustrate the wage loss for Eric Greenberg in Scenario 2 at $378,624 in 2017 dollars. This wage loss is based on the average hourly rate of $232 discussed above regarding the Agreement for Dr. Greenberg at the Metroplex Adventist Hospital facility at a benchmark 1,632 hours. Wages are conservatively grown at the national average wage growth rate of 2.92 percent in 2018, an

4

SEG

estimated national average wage growth rate of 3.00 percent in 2019, and a 1.00 percent real rate thereafter. In addition, the loss in 2017 is increased by $37,000 based on the $7,000 refundable relocation loan and the $30,000 refundable sign-on bonus loan.

I assume annual employment each year and show the accumulation through life expectancy. While these tables are calculated through the end of life expectancy, the losses from working through any age can be read off the table.

Based on the above assumptions, my opinion of the wage loss in Scenario 1 is $20,441,764 ▶ Table 3; this figure assumes work to age 78.2, but the ability to work through any assumed age may be read from Table 3; for example, the loss to age 67 is $16,065,495.

Based on the above assumptions, my opinion of the wage loss in Scenario 2 is $18,343,644 ▶ Table 6; this figure assumes work to age 78.2, but the ability to work through any assumed age may be read from Table 6; for example, the loss to age 67 is $14,420,250.

## I(C). EARNINGS OFFSET

Tables 7 through 9 show the offset to wages. This offset is based on Mr. Greenberg's earnings since his alleged wrongful termination. Dr. Greenberg states that he currently works at several different medical care establishments as an urgent care doctor including Concentra Urgent Care, Encompass Wound Care and Healthcare, and Neu Urgent Care. He reports that all of these are in the Detroit Metropolitan area.

Dr. Greenberg reports that because he did not finish his residency, he is not authorized to work in most physician positions including primary care doctor, emergency room doctor, or other specialist positions. He recalls that he also is no longer allowed to complete a residency because there are federal funding guidelines that govern the medical residency programs in the U.S., and he has already exhausted all of his funding. Dr. Greenberg states that he applied to three residency programs after this incident in the hope he might finish, but unfortunately he was rejected from all three.

According to Dr. Greenberg's 2017 Tax Return, Schedule C, as a Physician he earned a net profit of $1,081. According to Dr. Greenberg's 2018 Tax Return, Statement 2, Wages Received and Taxes Withheld, he earned $124,658 from OHC of Michigan, P.C. and $9,730 from Lakes Urgent Care, PC. According to Schedule C from Dr. Greenberg's 2018 Tax Return, as a Physician he earned a net

SEG

profit of $66,469. Based on these figures, in total Dr. Greenberg earned $200,857 as a Physician in 2018.

The Sherriff Healthcare Expert Witness Report prepared by Julie Sherriff cites a survey by the Medical Group Management Association (MGMA) which states that the starting salary for Urgent Care Medicine providers are $153,717 at the 25th percentile, $228,752 at the 75th percentile, and $247,320 at the 90th percentile, all in 2017 dollars. This survey also indicates that total physician compensation for Urgent Care Medicine is $219,037 at the 25th percentile, $311,593 at the 75th percentile, and $395,925 at the 90th percentile, with a mean of $275,173, all in 2017 dollars. The Sherriff Report also indicates that based on a survey by the American Medical Group Association (AMGA) the mean compensation for Urgent Care Physicians was $353,618 in 2017 and based on a survey by Merritt Hawkins & Associates (MHA) the average compensation for Urgent Care Medicine Physicians was $234,000 in 2017.

I illustrate the offset to earnings from the date of the incident on March 13, 2017 through December 31, 2018 at $201,938 based on Dr. Greenberg's actual earnings. I illustrate the loss beginning on January 1, 2019, at $200,857 in 2018 dollars based on Dr. Greenberg's actual 2018 earnings. Wages are grown in 2028, when Dr. Greenberg would have ten years of experience, to $287,597 in 2017 dollars. This estimate is based on the average of the mean earnings of Urgent Care Medicine Physicians of $275,173 from the MGMA survey, $353,618 from the AMGA survey, and $234,000 from the MHA survey. Wages are conservatively grown at the national average wage growth rate of 2.92 percent in 2018, an estimated national average wage growth rate of 3.00 percent in 2019, and at a 1.00 percent real rate thereafter.

Based on the above assumptions, my opinion of the wage offset is $13,437,408 ▸ Table 9; this figure assumes work to age 78.2, but the ability to work through any assumed age may be read from Table 9; for example, the offset to age 67 is $10,398,376.

-----------------------------------------------

Other factors may be weighed to determine if these estimated losses for Eric Greenberg should be adjusted because of special qualities or circumstances that economists do not as yet have a methodology for analysis.

The estimated losses are calculated through an assumed trial or resolution date of December 15, 2019, and from that date thereafter. These estimates are provided as a tool, an aid, and a guide to assist the evaluation by others.

All opinions expressed in this report are clearly labeled as such. They are rendered in accordance with generally accepted

6

SEG

standards within the field of economics and are expressed to a reasonable degree of economic certainty. Estimates, assumptions, illustrations and the use of benchmarks, which are not opinions, but which can be viewed as hypothetical in nature, are also clearly disclosed and identified herein.

In my opinion, it is reasonable for experts in the field of economics and finance to rely on the materials and information I reviewed in this case for the formulation of my substantive opinions herein.

If additional information is provided to me, which could alter my opinions, I may incorporate any such information into an update, revision, addendum, or supplement of the opinions expressed in this report.

If you have any questions, please do not hesitate to call me.

Sincerely,

Stan V. Smith, Ph.D.
President

**SEG**

### SUMMARY OF LOSSES FOR ERIC GREENBERG

| TABLE | DESCRIPTION | ESTIMATE |
|-------|-------------|----------|
| | **EARNINGS** | |
| | LOSS OF WAGES & BENEFITS | |
| 3 |    Scenario 1 to age 67 | $16,065,495 |
| 6 |    Scenario 2 to age 67 | $14,413,250 |
| | OFFSET OF WAGES & BENEFITS | |
| 9 |    Annual Employment to age 67 | ($10,398,376) |
| | NET WAGES & BENEFITS LOSS | |
| 3-9 |    Scenario 1 to age 67 | $ 5,667,119 |
| 6-9 |    Scenario 2 to age 67 | $ 4,014,874 |

The information on this Summary of Losses is intended to summarize losses under certain given assumptions. Please refer to the report and the tables for all the opinions.

```
                       Table 1

             LOSS OF PAST WAGES - SCENARIO 1
                      2017 - 2019

       YEAR    AGE      WAGES        CUMULATE
       ****    ***    **********    **********
       2017    30      $199,031      $199,031
       2018    31       434,678       633,709
       2019    32       426,865    $1,060,574

       GREENBERG     $1,060,574
```

SMITH ECONOMICS GROUP, LTD.  312/943-1551

Table 2

PRESENT VALUE OF FUTURE WAGES - SCENARIO 1
2019 - 2065

| YEAR | AGE | WAGES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------|-----------------|---------------|----------|
| 2019 | 32 | $20,853 | 0.99942 | $20,841 | $20,841 |
| 2020 | 33 | 452,195 | 0.98708 | 446,353 | 467,194 |
| 2021 | 34 | 456,717 | 0.97489 | 445,249 | 912,443 |
| 2022 | 35 | 461,284 | 0.96286 | 444,152 | 1,356,595 |
| 2023 | 36 | 465,897 | 0.95097 | 443,054 | 1,799,649 |
| 2024 | 37 | 470,556 | 0.93923 | 441,960 | 2,241,609 |
| 2025 | 38 | 475,262 | 0.92763 | 440,867 | 2,682,476 |
| 2026 | 39 | 480,015 | 0.91618 | 439,780 | 3,122,256 |
| 2027 | 40 | 484,815 | 0.90487 | 438,695 | 3,560,951 |
| 2028 | 41 | 489,663 | 0.89370 | 437,612 | 3,998,563 |
| 2029 | 42 | 494,560 | 0.88267 | 436,533 | 4,435,096 |
| 2030 | 43 | 499,506 | 0.87177 | 435,454 | 4,870,550 |
| 2031 | 44 | 504,501 | 0.86101 | 434,380 | 5,304,930 |
| 2032 | 45 | 509,546 | 0.85038 | 433,308 | 5,738,238 |
| 2033 | 46 | 514,641 | 0.83988 | 432,237 | 6,170,475 |
| 2034 | 47 | 519,787 | 0.82951 | 431,169 | 6,601,644 |
| 2035 | 48 | 524,985 | 0.81927 | 430,104 | 7,031,748 |
| 2036 | 49 | 530,235 | 0.80915 | 429,040 | 7,460,788 |
| 2037 | 50 | 535,537 | 0.79917 | 427,985 | 7,888,773 |
| 2038 | 51 | 540,892 | 0.78930 | 426,926 | 8,315,699 |
| 2039 | 52 | 546,301 | 0.77955 | 425,869 | 8,741,568 |
| 2040 | 53 | 551,764 | 0.76993 | 424,820 | 9,166,388 |
| 2041 | 54 | 557,282 | 0.76043 | 423,774 | 9,590,162 |
| 2042 | 55 | 562,855 | 0.75104 | 422,727 | 10,012,889 |
| 2043 | 56 | 568,484 | 0.74177 | 421,684 | 10,434,573 |
| 2044 | 57 | 574,169 | 0.73261 | 420,642 | 10,855,215 |
| 2045 | 58 | 579,911 | 0.72356 | 419,600 | 11,274,815 |
| 2046 | 59 | 585,710 | 0.71463 | 418,566 | 11,693,381 |
| 2047 | 60 | 591,567 | 0.70581 | 417,534 | 12,110,915 |
| 2048 | 61 | 597,483 | 0.69709 | 416,499 | 12,527,414 |
| 2049 | 62 | 603,458 | 0.68849 | 415,475 | 12,942,889 |
| 2050 | 63 | 609,493 | 0.67999 | 414,449 | 13,357,338 |
| 2051 | 64 | 615,588 | 0.67159 | 413,423 | 13,770,761 |
| 2052 | 65 | 621,744 | 0.66330 | 412,403 | 14,183,164 |
| 2053 | 66 | 627,961 | 0.65511 | 411,384 | 14,594,548 |
| 2054 | 67 | 634,241 | 0.64703 | 410,373 | 15,004,921 |
| 2055 | 68 | 640,583 | 0.63904 | 409,358 | 15,414,279 |
| 2056 | 69 | 646,989 | 0.63115 | 408,347 | 15,822,626 |
| 2057 | 70 | 653,459 | 0.62336 | 407,340 | 16,229,966 |
| 2058 | 71 | 659,994 | 0.61566 | 406,332 | 16,636,298 |
| 2059 | 72 | 666,594 | 0.60806 | 405,329 | 17,041,627 |
| 2060 | 73 | 673,260 | 0.60055 | 404,326 | 17,445,953 |
| 2061 | 74 | 679,993 | 0.59314 | 403,331 | 17,849,284 |
| 2062 | 75 | 686,793 | 0.58582 | 402,337 | 18,251,621 |
| 2063 | 76 | 693,661 | 0.57858 | 401,338 | 18,652,959 |
| 2064 | 77 | 700,598 | 0.57144 | 400,350 | 19,053,309 |
| 2065 | 78 | 579,654 | 0.56565 | 327,881 | $19,381,190 |

ERIC GREENBERG                                $19,381,190

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 3

PRESENT VALUE OF NET WAGE LOSS - SCENARIO 1
2017 - 2065

| YEAR | AGE | WAGES | CUMULATE |
|------|-----|-------|----------|
| 2017 | 30 | $199,031 | $199,031 |
| 2018 | 31 | 434,678 | 633,709 |
| 2019 | 32 | 447,706 | 1,081,415 |
| 2020 | 33 | 446,353 | 1,527,768 |
| 2021 | 34 | 445,249 | 1,973,017 |
| 2022 | 35 | 444,152 | 2,417,169 |
| 2023 | 36 | 443,054 | 2,860,223 |
| 2024 | 37 | 441,960 | 3,302,183 |
| 2025 | 38 | 440,867 | 3,743,050 |
| 2026 | 39 | 439,780 | 4,182,830 |
| 2027 | 40 | 438,695 | 4,621,525 |
| 2028 | 41 | 437,612 | 5,059,137 |
| 2029 | 42 | 436,533 | 5,495,670 |
| 2030 | 43 | 435,454 | 5,931,124 |
| 2031 | 44 | 434,380 | 6,365,504 |
| 2032 | 45 | 433,308 | 6,798,812 |
| 2033 | 46 | 432,237 | 7,231,049 |
| 2034 | 47 | 431,169 | 7,662,218 |
| 2035 | 48 | 430,104 | 8,092,322 |
| 2036 | 49 | 429,040 | 8,521,362 |
| 2037 | 50 | 427,985 | 8,949,347 |
| 2038 | 51 | 426,926 | 9,376,273 |
| 2039 | 52 | 425,869 | 9,802,142 |
| 2040 | 53 | 424,820 | 10,226,962 |
| 2041 | 54 | 423,774 | 10,650,736 |
| 2042 | 55 | 422,727 | 11,073,463 |
| 2043 | 56 | 421,684 | 11,495,147 |
| 2044 | 57 | 420,642 | 11,915,789 |
| 2045 | 58 | 419,600 | 12,335,389 |
| 2046 | 59 | 418,566 | 12,753,955 |
| 2047 | 60 | 417,534 | 13,171,489 |
| 2048 | 61 | 416,499 | 13,587,988 |
| 2049 | 62 | 415,475 | 14,003,463 |
| 2050 | 63 | 414,449 | 14,417,912 |
| 2051 | 64 | 413,423 | 14,831,335 |
| 2052 | 65 | 412,403 | 15,243,738 |
| 2053 | 66 | 411,384 | 15,655,122 |
| 2054 | 67 | 410,373 | 16,065,495 |
| 2055 | 68 | 409,358 | 16,474,853 |
| 2056 | 69 | 408,347 | 16,883,200 |
| 2057 | 70 | 407,340 | 17,290,540 |
| 2058 | 71 | 406,332 | 17,696,872 |
| 2059 | 72 | 405,329 | 18,102,201 |
| 2060 | 73 | 404,326 | 18,506,527 |
| 2061 | 74 | 403,331 | 18,909,858 |
| 2062 | 75 | 402,337 | 19,312,195 |
| 2063 | 76 | 401,338 | 19,713,533 |
| 2064 | 77 | 400,350 | 20,113,883 |
| 2065 | 78 | 327,881 | $20,441,764 |

GREENBERG     $20,441,764

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 4

LOSS OF PAST WAGES - SCENARIO 2
2017 - 2019

| YEAR | AGE | WAGES | CUMULATE |
|------|-----|-----------|-----------|
| 2017 | 30  | $195,711  | $195,711  |
| 2018 | 31  | 389,695   | 585,406   |
| 2019 | 32  | 382,691   | $968,097  |

GREENBERG    $968,097

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 5

PRESENT VALUE OF FUTURE WAGES - SCENARIO 2
2019 - 2065

| YEAR | AGE | WAGES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------|-----------------|---------------|----------|
| 2019 | 32 | $18,695 | 0.99942 | $18,684 | $18,684 |
| 2020 | 33 | 405,400 | 0.98708 | 400,162 | 418,846 |
| 2021 | 34 | 409,454 | 0.97489 | 399,173 | 818,019 |
| 2022 | 35 | 413,549 | 0.96286 | 398,190 | 1,216,209 |
| 2023 | 36 | 417,684 | 0.95097 | 397,205 | 1,613,414 |
| 2024 | 37 | 421,861 | 0.93923 | 396,225 | 2,009,639 |
| 2025 | 38 | 426,080 | 0.92763 | 395,245 | 2,404,884 |
| 2026 | 39 | 430,341 | 0.91618 | 394,270 | 2,799,154 |
| 2027 | 40 | 434,644 | 0.90487 | 393,296 | 3,192,450 |
| 2028 | 41 | 438,990 | 0.89370 | 392,325 | 3,584,775 |
| 2029 | 42 | 443,380 | 0.88267 | 391,358 | 3,976,133 |
| 2030 | 43 | 447,814 | 0.87177 | 390,391 | 4,366,524 |
| 2031 | 44 | 452,292 | 0.86101 | 389,428 | 4,755,952 |
| 2032 | 45 | 456,815 | 0.85038 | 388,466 | 5,144,418 |
| 2033 | 46 | 461,383 | 0.83988 | 387,506 | 5,531,924 |
| 2034 | 47 | 465,997 | 0.82951 | 386,549 | 5,918,473 |
| 2035 | 48 | 470,657 | 0.81927 | 385,595 | 6,304,068 |
| 2036 | 49 | 475,364 | 0.80915 | 384,641 | 6,688,709 |
| 2037 | 50 | 480,118 | 0.79917 | 383,696 | 7,072,405 |
| 2038 | 51 | 484,919 | 0.78930 | 382,747 | 7,455,152 |
| 2039 | 52 | 489,768 | 0.77955 | 381,799 | 7,836,951 |
| 2040 | 53 | 494,666 | 0.76993 | 380,858 | 8,217,809 |
| 2041 | 54 | 499,613 | 0.76043 | 379,921 | 8,597,730 |
| 2042 | 55 | 504,609 | 0.75104 | 378,982 | 8,976,712 |
| 2043 | 56 | 509,655 | 0.74177 | 378,047 | 9,354,759 |
| 2044 | 57 | 514,752 | 0.73261 | 377,112 | 9,731,871 |
| 2045 | 58 | 519,900 | 0.72356 | 376,179 | 10,108,050 |
| 2046 | 59 | 525,099 | 0.71463 | 375,251 | 10,483,301 |
| 2047 | 60 | 530,350 | 0.70581 | 374,326 | 10,857,627 |
| 2048 | 61 | 535,654 | 0.69709 | 373,399 | 11,231,026 |
| 2049 | 62 | 541,011 | 0.68849 | 372,481 | 11,603,507 |
| 2050 | 63 | 546,421 | 0.67999 | 371,561 | 11,975,068 |
| 2051 | 64 | 551,885 | 0.67159 | 370,640 | 12,345,708 |
| 2052 | 65 | 557,404 | 0.66330 | 369,726 | 12,715,434 |
| 2053 | 66 | 562,978 | 0.65511 | 368,813 | 13,084,247 |
| 2054 | 67 | 568,608 | 0.64703 | 367,906 | 13,452,153 |
| 2055 | 68 | 574,294 | 0.63904 | 366,997 | 13,819,150 |
| 2056 | 69 | 580,037 | 0.63115 | 366,090 | 14,185,240 |
| 2057 | 70 | 585,837 | 0.62336 | 365,187 | 14,550,427 |
| 2058 | 71 | 591,695 | 0.61566 | 364,283 | 14,914,710 |
| 2059 | 72 | 597,612 | 0.60806 | 363,384 | 15,278,094 |
| 2060 | 73 | 603,588 | 0.60055 | 362,485 | 15,640,579 |
| 2061 | 74 | 609,624 | 0.59314 | 361,592 | 16,002,171 |
| 2062 | 75 | 615,720 | 0.58582 | 360,701 | 16,362,872 |
| 2063 | 76 | 621,877 | 0.57858 | 359,806 | 16,722,678 |
| 2064 | 77 | 628,096 | 0.57144 | 358,919 | 17,081,597 |
| 2065 | 78 | 519,668 | 0.56565 | 293,950 | $17,375,547 |

ERIC GREENBERG                              $17,375,547


SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 6

PRESENT VALUE OF NET WAGE LOSS - SCENARIO 2
2017 - 2065

| YEAR | AGE | WAGES | CUMULATE |
|------|-----|-------|----------|
| 2017 | 30 | $195,711 | $195,711 |
| 2018 | 31 | 389,695 | 585,406 |
| 2019 | 32 | 401,375 | 986,781 |
| 2020 | 33 | 400,162 | 1,386,943 |
| 2021 | 34 | 399,173 | 1,786,116 |
| 2022 | 35 | 398,190 | 2,184,306 |
| 2023 | 36 | 397,205 | 2,581,511 |
| 2024 | 37 | 396,225 | 2,977,736 |
| 2025 | 38 | 395,245 | 3,372,981 |
| 2026 | 39 | 394,270 | 3,767,251 |
| 2027 | 40 | 393,296 | 4,160,547 |
| 2028 | 41 | 392,325 | 4,552,872 |
| 2029 | 42 | 391,358 | 4,944,230 |
| 2030 | 43 | 390,391 | 5,334,621 |
| 2031 | 44 | 389,428 | 5,724,049 |
| 2032 | 45 | 388,466 | 6,112,515 |
| 2033 | 46 | 387,506 | 6,500,021 |
| 2034 | 47 | 386,549 | 6,886,570 |
| 2035 | 48 | 385,595 | 7,272,165 |
| 2036 | 49 | 384,641 | 7,656,806 |
| 2037 | 50 | 383,696 | 8,040,502 |
| 2038 | 51 | 382,747 | 8,423,249 |
| 2039 | 52 | 381,799 | 8,805,048 |
| 2040 | 53 | 380,858 | 9,185,906 |
| 2041 | 54 | 379,921 | 9,565,827 |
| 2042 | 55 | 378,982 | 9,944,809 |
| 2043 | 56 | 378,047 | 10,322,856 |
| 2044 | 57 | 377,112 | 10,699,968 |
| 2045 | 58 | 376,179 | 11,076,147 |
| 2046 | 59 | 375,251 | 11,451,398 |
| 2047 | 60 | 374,326 | 11,825,724 |
| 2048 | 61 | 373,399 | 12,199,123 |
| 2049 | 62 | 372,481 | 12,571,604 |
| 2050 | 63 | 371,561 | 12,943,165 |
| 2051 | 64 | 370,640 | 13,313,805 |
| 2052 | 65 | 369,726 | 13,683,531 |
| 2053 | 66 | 368,813 | 14,052,344 |
| 2054 | 67 | 367,906 | 14,420,250 |
| 2055 | 68 | 366,997 | 14,787,247 |
| 2056 | 69 | 366,090 | 15,153,337 |
| 2057 | 70 | 365,187 | 15,518,524 |
| 2058 | 71 | 364,283 | 15,882,807 |
| 2059 | 72 | 363,384 | 16,246,191 |
| 2060 | 73 | 362,485 | 16,608,676 |
| 2061 | 74 | 361,592 | 16,970,268 |
| 2062 | 75 | 360,701 | 17,330,969 |
| 2063 | 76 | 359,806 | 17,690,775 |
| 2064 | 77 | 358,919 | 18,049,694 |
| 2065 | 78 | 293,950 | $18,343,644 |

GREENBERG    $18,343,644

**SMITH ECONOMICS GROUP, LTD.    312/943-1551**

```
                         Table 7

                  OFFSET TO PAST WAGES
                      2017 - 2019

          YEAR    AGE     WAGES      CUMULATE
          ****    ***    ********    ********
          2017     30     $1,081       $1,081
          2018     31    200,857      201,938
          2019     32    201,854     $403,792

          GREENBERG     $403,792
```

**SMITH ECONOMICS GROUP, LTD.   312/943-1551**

Table 8

PRESENT VALUE OF FUTURE OFFSET WAGES
2019 - 2065

| YEAR | AGE | WAGES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------|-----------------|---------------|----------|
| 2019 | 32 | $9,861 | 0.99942 | $9,855 | $9,855 |
| 2020 | 33 | 223,169 | 0.98708 | 220,286 | 230,141 |
| 2021 | 34 | 235,242 | 0.97489 | 229,335 | 459,476 |
| 2022 | 35 | 247,969 | 0.96286 | 238,759 | 698,235 |
| 2023 | 36 | 261,384 | 0.95097 | 248,568 | 946,803 |
| 2024 | 37 | 275,525 | 0.93923 | 258,781 | 1,205,584 |
| 2025 | 38 | 290,431 | 0.92763 | 269,413 | 1,474,997 |
| 2026 | 39 | 306,143 | 0.91618 | 280,482 | 1,755,479 |
| 2027 | 40 | 322,705 | 0.90487 | 292,006 | 2,047,485 |
| 2028 | 41 | 340,040 | 0.89370 | 303,894 | 2,351,379 |
| 2029 | 42 | 343,440 | 0.88267 | 303,144 | 2,654,523 |
| 2030 | 43 | 346,874 | 0.87177 | 302,394 | 2,956,917 |
| 2031 | 44 | 350,343 | 0.86101 | 301,649 | 3,258,566 |
| 2032 | 45 | 353,846 | 0.85038 | 300,904 | 3,559,470 |
| 2033 | 46 | 357,384 | 0.83988 | 300,160 | 3,859,630 |
| 2034 | 47 | 360,958 | 0.82951 | 299,418 | 4,159,048 |
| 2035 | 48 | 364,568 | 0.81927 | 298,680 | 4,457,728 |
| 2036 | 49 | 368,214 | 0.80915 | 297,940 | 4,755,668 |
| 2037 | 50 | 371,896 | 0.79917 | 297,208 | 5,052,876 |
| 2038 | 51 | 375,615 | 0.78930 | 296,473 | 5,349,349 |
| 2039 | 52 | 379,371 | 0.77955 | 295,739 | 5,645,088 |
| 2040 | 53 | 383,165 | 0.76993 | 295,010 | 5,940,098 |
| 2041 | 54 | 386,997 | 0.76043 | 294,284 | 6,234,382 |
| 2042 | 55 | 390,867 | 0.75104 | 293,557 | 6,527,939 |
| 2043 | 56 | 394,776 | 0.74177 | 292,833 | 6,820,772 |
| 2044 | 57 | 398,724 | 0.73261 | 292,109 | 7,112,881 |
| 2045 | 58 | 402,711 | 0.72356 | 291,386 | 7,404,267 |
| 2046 | 59 | 406,738 | 0.71463 | 290,667 | 7,694,934 |
| 2047 | 60 | 410,805 | 0.70581 | 289,950 | 7,984,884 |
| 2048 | 61 | 414,913 | 0.69709 | 289,232 | 8,274,116 |
| 2049 | 62 | 419,062 | 0.68849 | 288,520 | 8,562,636 |
| 2050 | 63 | 423,253 | 0.67999 | 287,808 | 8,850,444 |
| 2051 | 64 | 427,486 | 0.67159 | 287,095 | 9,137,539 |
| 2052 | 65 | 431,761 | 0.66330 | 286,387 | 9,423,926 |
| 2053 | 66 | 436,079 | 0.65511 | 285,680 | 9,709,606 |
| 2054 | 67 | 440,440 | 0.64703 | 284,978 | 9,994,584 |
| 2055 | 68 | 444,844 | 0.63904 | 284,273 | 10,278,857 |
| 2056 | 69 | 449,292 | 0.63115 | 283,571 | 10,562,428 |
| 2057 | 70 | 453,785 | 0.62336 | 282,871 | 10,845,299 |
| 2058 | 71 | 458,323 | 0.61566 | 282,171 | 11,127,470 |
| 2059 | 72 | 462,906 | 0.60806 | 281,475 | 11,408,945 |
| 2060 | 73 | 467,535 | 0.60055 | 280,778 | 11,689,723 |
| 2061 | 74 | 472,210 | 0.59314 | 280,087 | 11,969,810 |
| 2062 | 75 | 476,932 | 0.58582 | 279,396 | 12,249,206 |
| 2063 | 76 | 481,701 | 0.57858 | 278,703 | 12,527,909 |
| 2064 | 77 | 486,518 | 0.57144 | 278,016 | 12,805,925 |
| 2065 | 78 | 402,530 | 0.56565 | 227,691 | $13,033,616 |

ERIC GREENBERG                                   $13,033,616

SMITH ECONOMICS GROUP, LTD.   312/943-1551

Table 9

PRESENT VALUE OF NET OFFSET WAGES
2017 - 2065

| YEAR | AGE | WAGES | CUMULATE |
|------|-----|-------|----------|
| 2017 | 30 | $1,081 | $1,081 |
| 2018 | 31 | 200,857 | 201,938 |
| 2019 | 32 | 211,709 | 413,647 |
| 2020 | 33 | 220,286 | 633,933 |
| 2021 | 34 | 229,335 | 863,268 |
| 2022 | 35 | 238,759 | 1,102,027 |
| 2023 | 36 | 248,568 | 1,350,595 |
| 2024 | 37 | 258,781 | 1,609,376 |
| 2025 | 38 | 269,413 | 1,878,789 |
| 2026 | 39 | 280,482 | 2,159,271 |
| 2027 | 40 | 292,006 | 2,451,277 |
| 2028 | 41 | 303,894 | 2,755,171 |
| 2029 | 42 | 303,144 | 3,058,315 |
| 2030 | 43 | 302,394 | 3,360,709 |
| 2031 | 44 | 301,649 | 3,662,358 |
| 2032 | 45 | 300,904 | 3,963,262 |
| 2033 | 46 | 300,160 | 4,263,422 |
| 2034 | 47 | 299,418 | 4,562,840 |
| 2035 | 48 | 298,680 | 4,861,520 |
| 2036 | 49 | 297,940 | 5,159,460 |
| 2037 | 50 | 297,208 | 5,456,668 |
| 2038 | 51 | 296,473 | 5,753,141 |
| 2039 | 52 | 295,739 | 6,048,880 |
| 2040 | 53 | 295,010 | 6,343,890 |
| 2041 | 54 | 294,284 | 6,638,174 |
| 2042 | 55 | 293,557 | 6,931,731 |
| 2043 | 56 | 292,833 | 7,224,564 |
| 2044 | 57 | 292,109 | 7,516,673 |
| 2045 | 58 | 291,386 | 7,808,059 |
| 2046 | 59 | 290,667 | 8,098,726 |
| 2047 | 60 | 289,950 | 8,388,676 |
| 2048 | 61 | 289,232 | 8,677,908 |
| 2049 | 62 | 288,520 | 8,966,428 |
| 2050 | 63 | 287,808 | 9,254,236 |
| 2051 | 64 | 287,095 | 9,541,331 |
| 2052 | 65 | 286,387 | 9,827,718 |
| 2053 | 66 | 285,680 | 10,113,398 |
| 2054 | 67 | 284,978 | 10,398,376 |
| 2055 | 68 | 284,273 | 10,682,649 |
| 2056 | 69 | 283,571 | 10,966,220 |
| 2057 | 70 | 282,871 | 11,249,091 |
| 2058 | 71 | 282,171 | 11,531,262 |
| 2059 | 72 | 281,475 | 11,812,737 |
| 2060 | 73 | 280,778 | 12,093,515 |
| 2061 | 74 | 280,087 | 12,373,602 |
| 2062 | 75 | 279,396 | 12,652,998 |
| 2063 | 76 | 278,703 | 12,931,701 |
| 2064 | 77 | 278,016 | 13,209,717 |
| 2065 | 78 | 227,691 | $13,437,408 |

GREENBERG     $13,437,408

SMITH ECONOMICS GROUP, LTD.   312/943-1551