# THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC GREENBERG, M.D.,**<br>    *Plaintiff* | **CIVIL ACTION NO. 19-cv-00137** |
| **VERSUS** | **JUDGE LANCE M. AFRICK** |
| **LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER NEW ORLEANS, a department of LOUISIANA STATE UNIVERSITY SCHOOL OF MEDICINE,**<br>    *Defendant* | **MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.**<br><br>**SEC. "I"; MAG. "2"** |

## PLAINTIFF'S PROPOSED JURY INTERROGATORIES

**MAY IT PLEASE THE COURT:**

Plaintiff, Eric Greenberg, M.D., through undersigned counsel, respectfully submits the following proposed jury interrogatories.

## **QUESTION 1 – HOSTILE WORK ENVIRONMENT (SUPERVISOR)**

Has Plaintiff Eric Greenberg proved that he was harassed because of his religion by his supervisor Dr. Salvador Suau?

      Answer "Yes" or "No": _____

***Go to Question 2.***

## **QUESTION 2 – HOSTILE WORK ENVIRONMENT (CO-WORKER)**

**2-A**     Did Dr. Luke Lebas harass Plaintiff Eric Greenberg because of his religion?

Answer "Yes" or "No": _____

*(If "Yes," go to Question 2-B. If "No," go to Question 3).*

**2-B**     Did Defendant LSU know, or in the exercise of reasonable care should Defendant LSU have known, that Plaintiff Eric Greenberg was being harassed because of his religion?

Answer "Yes" or "No": _____

*(If "Yes," go to Question 2-C. If "No," go to Question 3).*

**2-C**     Did Defendant LSU fail to take prompt and effective remedial action?

Answer "Yes" or "No": _____

***Go to Question 3.***

## **QUESTION 3 – RETALIATION**

**3-A**   Did Plaintiff Eric Greenberg engage in protected activity by complaining of what he honestly and reasonably believed to be unlawful harassment because of his religion?

Answer "Yes" or "No": _____

*(If "Yes," go to Question 3-B. If "No," go to Question 4).*

**3-B**   Do you find that Plaintiff Eric Greenberg would not have been terminated but for his complaints?

*Go to Question 4.*

## QUESTION 4 – DAMAGES

*(Only answer this question if you answered "Yes" to Question 1, Question 2-C, and/or Question 3-B).*

**4-A**  What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Eric Greenberg for the damages, if any, you have found Defendant LSU caused Plaintiff Eric Greenberg?

Answer in dollars and cents for the following items and none other:

Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

$_____

Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$_____

Wages and benefits from March 2017 through today's date:

$_____

*(Go to Question 4-B)*

**4-B**  Do you find that Plaintiff Eric Greenberg failed to reduce his damages through the exercise of reasonable diligence in seeking, obtaining, and maintaining substantially equivalent employment after the date of his termination?

Answer "Yes" or "No": _____

*(If "Yes," go to Question 4-C. If "No," go to Question 4-D.)*

**4-C**  How much would Plaintiff Eric Greenberg have earned had he exercised reasonable diligence under the circumstances to minimize his damages?

$_____

*(Go to Question 4-D)*

**4-D**  Do you find that Plaintiff Eric Greenberg should be awarded punitive damages?

Answer "Yes" or "No": _____

*(If "Yes," go to Question 4-E. If "No," please sign this form and return to the Court.)*

**4-E** What sum of money should be assessed against Defendant LSU as punitive damages?

$\$$ _____

*Please sign this form and return to the Court.*

Respectfully Submitted,

*/s/ Robert Moseley Schmidt*
J. Arthur Smith, III (#7730)
Robert Moseley Schmidt (#37934)
SMITH LAW FIRM
830 North Street
Baton Rouge, LA 70802
Telephone: (225) 383-7716
Facsimile: (225) 383-7773
jasmith@jarthursmith.com
rschmidt@jarthursmith.com

Teresa J. Gorman (P61001)
*Pro hac vice*
TERESA J. GORMAN, PLLC
5700 Crooks Road, Suite 200
Troy, MI 48098
Telephone: (248) 763-6943
terigorman@aol.com

Todd F. Flood (P58555)
*Pro hac vice*
FLOOD LAW, PLLC
401 North Main Street
Royal Oak, MI 48067
Telephone: (248) 547-1032
Facsimile: (248) 547.0140
tflood@floodlaw.com
*Counsel for Plaintiff, Eric J. Greenberg, M.D.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of November, 2019, a copy of the foregoing was filed electronically with the Clerk of Court for the Eastern District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

*/s/ Robert Moseley Schmidt*
Robert Moseley Schmidt