THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC GREENBERG, M.D.,**<br>    *Plaintiff* | **CIVIL ACTION NO. 2:19-cv-00137**<br><br>**SECTION: "I" (2)** |
| **VERSUS** | **JUDGE LANCE M. AFRICK** |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE,**<br>    *Defendant* | **MAGISTRATE: JOSEPH C. WILKINSON, JR.** |

**DEFENDANT'S PROPOSED JURY INTERROGATORIES**

## I.     PROPOSED JURY INTERROGATORIES

We, the jury, present our Answers to Questions submitted by the Court, to which we have agreed:

**Question No. 1**

Was plaintiff Eric Greenberg harassed in a severe or pervasive way because of his adherence to the Jewish faith?

_____ Yes _____ No

If you answered "Yes" to Question No. 1, then answer Question No. 2.

**Question No. 2**

Was plaintiff harassed in a severe or pervasive way by one or more of his coworkers because of his adherence to the Jewish faith?

1

If you answered "Yes" to Question No. 2, then answer Question No. 3.

**Question No. 3**

Did the LSU Board know, or in the exercise of reasonable care should the LSU Board have known, that plaintiff was being harassed in a severe or pervasive way by one or more co-workers because of his adherence to the Jewish faith?

Answer "Yes" or "No."

_____

If you answered "Yes" to Question No. 3, then answer Question No. 4.

**Question No. 4**

Did the LSU Board fail to take prompt remedial action in addressing the alleged harassment by plaintiff's co-worker(s)?

Answer "Yes" or "No."

_____

**Question No. 5**

Do you find that plaintiff would not have been terminated from the Louisiana State University Spirit of Charity Emergency Medicine Residency Program but for him reporting the alleged anti-Semitic harassment?

\_\_\_\_\_ Yes \_\_\_\_\_ No

**Question No. 6:**

What sum of money, if now paid in cash, would fairly and reasonably compensate plaintiff for the damages, if any, you have found the LSU Board caused plaintiff?

Answer in dollars and cents for the following items and none other:

 A. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

 $_____

 B. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

 $_____

 C. Wages and benefits from the beginning of plaintiff's time as an emergency medicine resident in July of 2013 to the date he would have successfully completed his residency.

 $_____

 D. Lost future wages and benefits.

 $_____

**Question No. 7**

Did you find that plaintiff failed to reduce his damages through the exercise of reasonable diligence in seeking, obtaining, and maintaining substantially equivalent employment after the date of his termination from the Louisiana State University Spirit of Charity Emergency Medicine Residency Program?

\_\_\_\_\_ Yes \_\_\_\_\_ No

If you answered "Yes" to Question 7, then answer Question 8.

3

**Question No. 8**

How much would plaintiff have earned had he exercised reasonable diligence under the circumstances to minimize his damages?

$_____

**Question No. 9**

Did you find that plaintiff should be awarded punitive damages?

_____ Yes _____ No

If you answered "Yes" to Question No. 9, then answer Question No. 10.

**Question No. 10**

What sum of money should be assessed against the LSU Board as punitive damages?

Answer in dollars and cents:

$_____

Date: November 25, 2019                                     Respectfully Submitted,

                                                            */s/ Robert Moseley Schmidt*
                                                            J. Arthur Smith, III (#7730)
                                                            Robert Moseley Schmidt (#37934)
                                                            SMITH LAW FIRM
                                                            830 North Street
                                                            Baton Rouge, LA 70802
                                                            Telephone: (225) 383-7716
                                                            Facsimile: (225) (383-7773

jasmith@jarthursmith.com
rschmidt@jarthursmith.com

*/s/ Teresa J. Gorman*
Teresa J. Gorman (P61001)
*Pro hac vice*
TERESA J. GORMAN, PLLC
5700 Crooks Road, Suite 200
Troy, MI 48098
Telephone: (248) 763-6943
terigorman@aol.com

*/s/ Todd F. Flood*
Todd F. Flood (P58555)
*Pro hac vice*
FLOOD LAW, PLLC
401 North Main Street
Royal Oak, MI 48067
Telephone: (248) 547-1032
Facsimile: (248) 547.0140
tflood@floodlaw.com

*Counsel for Plaintiff, Eric J. Greenberg, M.D.*

*/s/ Julianne T. Echols*
Keith McDaniel (17992)
Julianne T. Echols (22044)
McCranie, Sistrunk, Anzelmo,
Hardy, McDaniel & Welch
909 Poydras Street, Suite 1000
New Orleans, LA 70112
PH: (504) 831-0946

*Counsel for Defendant Board of Supervisors of Louisiana State University and Agricultural and Mechanical College*

**SO ORDERED:**

_____
HON. LANCE M. AFRICK

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 25th day of November, 2019, a copy of the foregoing was filed electronically with the Clerk of Court for the Eastern District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

      */s/ Julianne T. Echols*