THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC GREENBERG, M.D.** | **CIVIL NO. 19-137** |
| **VERSUS** | **JUDGE: LMA** |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE** | **MAGISTRATE: JCW, JR**<br><br>**SECTION "I"(2)** |

**DEFENDANT'S VOIR DIRE**

   **MAY IT PLEASE THE COURT,** through undersigned counsel, comes Defendant, The Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, who submits these proposed voir dire questions:

1. As you sit there right now, do you have any impression or belief about which party should win this lawsuit?

2. The law is that you must consider this case as though it was between two individuals. The fact the Plaintiff is an individual and that LSU is an institution of higher learning is of no importance. Is there anyone who believes that an institution of higher learning should be treated differently than an individual?

3. Do you believe that because Plaintiff has filed this lawsuit his rights were violated?

4.  Do you have a hunch that LSU must have done something wrong?

5. Do you believe that religious discrimination occurs regularly in the workplace?

6.  Do you believe that institutions of higher learning harass individuals on the basis of their religion?

7. Do you believe that individuals who are Jewish should be given special protection or preference in the workplace?

8. Do any of you, or any of your immediate family members, adhere to the Jewish faith?

9. Have any of you, or your family members, ever been a victim of religious discrimination? In other words, have you or any of your family members ever lost a job because of your religion?

10. Have you ever witnessed religious discrimination in the workplace?

11. Do you believe that institutions of higher learning tend to retaliate against religious employees, particularly against employees of the Jewish faith?

12. Do you believe that institutions of higher learning should be able to discharge employees for failing to meet performance standards?

13. Does everyone realize/accept the proposition that Plaintiff has the burden of proof? As you sit there right now, there is no presumption that LSU has done wrong.

14. Have you ever filed an EEOC charge or an employment-related lawsuit (or have any of your family members)? If so, what was the outcome?

15. Have you at any time believed that you have been discriminated against because of your sex, pregnancy, race, color, religion, age, or disability? If so, please explain the circumstances.

16. Have you ever made an internal complaint to your employer? How do you feel you were treated after you complained? Do you think institutions of higher learning tend to treat employees who make internal reports badly after employees make such a report?

17. Have you ever been to a hospital or clinic staffed by LSU physicians? If so, any bad experiences there?

18. Are you a member of any victims' rights organizations?

19. Are you more inclined to find against LSU because you believe it has the ability to pay a judgment?

20. Is anyone a member of a union? If so, have you ever filed a union grievance?

21. Have you ever been fired from a job or treated unfairly by your employer? How about other family members including your spouse?

22. Have you or any of your family members ever worked for LSU? If so,

    a. Who was employed by LSU?

    b. When was (s)he employed?

    c. In what position was (s)he employed?

    d. Does (s)he still work for LSU?

23. Have you ever taken any courses or had any training in human resources, labor relations, or legal matters generally?

24. Is there anything, whether it has been asked or not, which makes anyone think he or she might like one side better than the other?

25. Do any of you have a belief that institutions of higher learning, through their supervisors, tend to hide the truth?

26. Are any of you more likely to believe an individual rather than someone who is part of the management team of an institution of higher learning?

27. Have you had any work experiences that would cause you to be less trustful of management in general?

Respectfully submitted,

**JEFF LANDRY**
ATTORNEY GENERAL

*/s/ Keith W. McDaniel*
**KEITH W. MCDANIEL, T.A.** (Bar No. 17992)
**JULIANNE T. ECHOLS (** Bar No. 22044)
**DENMAN MIMS (**Bar No**.** 38840)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL, & WELCH, LLC
195 Greenbriar Boulevard, Suite 200
Covington, LA   70433
Tele:   (504) 831-0946 | F:    (800) 977-8810
**Attorneys for The Board of Supervisors of Louisiana State University and Agricultural and Mechanical College**

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2020 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all counsel by operation of the court's electronic filing system.

*/s/ Keith W. McDaniel*
**KEITH W. MCDANIEL**