MINUTE ENTRY
AFRICK, J.
June 16, 2021
JS-10 00:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ERIC GREENBERG**                                              **CIVIL ACTION**

**VERSUS**                                                           **No. 19-137**

**BOARD OF SUPERVISORS OF**                            **SECTION I**
**LOUISIANA STATE UNIVERSITY**
**AND AGRICULTURAL AND**
**MECHANICAL COLLEGE**

### ORDER

A telephonic pretrial conference in the above-captioned matter was held on this date with counsel for all parties participating. The Court and counsel discussed the status of the case and the parties' proposed pretrial order.[1] The Court reiterated that it intends to try the issue of liability first and then, if liability is found, immediately try the issue of damages before the same jury.[2]

Pursuant to the discussion at the conference,

**IT IS ORDERED** that the pretrial order is **APPROVED**.

---

[1] Counsel confirmed that the latest pretrial order filed into the record was incorrectly styled as "Defendant's Proposed Pretrial Order;" it is the parties' *joint* pretrial order. *See* R. Doc. No. 152, at 1.

[2] *See* R. Doc. No. 207.

**IT IS FURTHER ORDERED** that counsel shall submit memoranda addressing any evidentiary issues, other than those relating to deposition testimony, that have not already been resolved and may arise during trial no later than **FRIDAY, JULY 16, 2021.**

**IT IS FURTHER ORDERED** that a **JURY** trial will commence on **AUGUST 2, 2021 at 8:30 A.M.** The trial is expected to last no more than five (5) days. Counsel are to report at least thirty (30) minutes prior to the commencement of trial. Each party will be permitted twenty-five (25) minutes for opening statements. The time allotted for closing statements will be addressed at trial. Joint exhibits and exhibits to which there are no objections may be admitted into evidence upon motion at the start of trial.

Each party is responsible for securing the appearance of that party's witnesses unless opposing counsel, in writing, has agreed to produce a witness for the opposing party. No party is entitled to rely upon the opposing party's listing of a witness as a will-call witness for the purposes of securing the appearance of that witness.

No later than **WEDNESDAY, JULY 7, 2021**, counsel shall file written stipulations, if any, into the record.

Counsel shall provide opposing counsel with any demonstrative exhibits to be used at trial no later than **MONDAY, JULY 12, 2021**.

**IT IS FURTHER ORDERED** that motions concerning deposition testimony, if any, shall be filed no later than **MONDAY, JULY 12, 2021.** Written objections to

any exhibits, including demonstrative exhibits, shall also be filed no later than **MONDAY, JULY 12, 2021.**

With respect to motions concerning deposition testimony, counsel shall identify the portions objected to and the grounds therefor. Counsel shall cite relevant authorities in support of their positions as to the proposed testimony.

With respect to objections to exhibits, counsel shall cite relevant authority in support of their positions as to the objected-to exhibit. Each contested exhibit must be attached to the objection with the contested portions highlighted. No objection to any exhibit shall be allowed at trial unless the objection was briefed in writing in accordance with this order.

Written memoranda in opposition to motions concerning deposition testimony and objections are due by **MONDAY, JULY 19, 2021.** Any party that does not respond to an objection or motion will be deemed to have waived the ability to contest that objection.

The parties have already submitted joint jury charges.

No later than **MONDAY, JULY 19, 2021**, counsel shall exchange any Federal Rule of Evidence 902(11) certifications. Any challenge to these certifications must be made no later than **THURSDAY, JULY 22, 2021**. If a challenge is filed, the other party shall respond no later than **MONDAY, JULY 26, 2021.**

No later than **MONDAY, JULY 26, 2021**, the parties shall each submit proposed voir dire questions.

No later than **MONDAY, JULY 26, 2021**, the parties shall submit their bench books to chambers. To prevent the submission of duplicative exhibits, the parties shall submit a **JOINT BENCH BOOK** containing any exhibits to be used by all parties at trial and, if necessary, **SEPARATE BENCH BOOKS** containing any exhibits to be used by only one party.  The bench books must include **one (1) copy** of each exhibit and an exhibit list as a table of contents.  The parties shall submit **three (3) copies** of the bench books, each of which shall be indexed, tabbed, and bound.

Each party will have **three (3)** peremptory challenges, to be used concurrently during jury selection.

Failure to comply with this order may result in a continuance of the trial, imposition of sanctions, or both.

New Orleans, Louisiana, June 16, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE